AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    CALIFORNIA

## APPEARANCE

Case Number:  08mj0731

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ADAN MADRIZ-SOTO

I certify that I am admitted to practice in this court.

| 3/12/2008 | /s/ ERICK L. GUZMAN | |
|---|---|---|
| Date | Signature | |
| | Erick L. Guzman/Federal Defenders of SD | 244391 |
| | Print Name | Bar Number |
| | 225 Broadway, Suite 900 | |
| | Address | |
| | San Diego, CA  92101 | |
| | City                    State | Zip Code |
| | (619) 234-8467          (619) 687-2666 | |
| | Phone Number | Fax Number |